IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR43 |
| Plaintiff, | ) ) | |
| vs. | ) ) | MEMORANDUM AND ORDER |
| EVELINDA HINOJOSA, | ) ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to withdraw a guilty plea and request for a hearing (Filing No. 138).

Federal Rule of Criminal Procedure 11(d)(2)(B) requires a showing of a "fair and just reason" for withdrawal of a guilty plea. NECrimR 12.3(b) requires an accompanying brief unless a motion is unopposed or raises a substantial issue of law. In this case, there is no showing that the motion is unopposed, and the motion raises a substantial issue of law. The motion does not include a "fair and just reason," nor did the Defendant file an accompanying brief. Therefore,

IT IS ORDERED that the Defendant's motion to withdraw a guilty plea and request for a hearing (Filing No. 138) is denied.

DATED this 23rd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge